UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEHDI HAJATI, HAMID BABEI, and KYLIE MOORE-GILBERT,

                              Plaintiffs,

                v.

SAYYID EBRAHAIM RAISOLSADATI,

                              Defendant.

No. 22-CV-7849 (RA)

ORDER AND NOTICE
OF INITIAL CONFERENCE

---

RONNIE ABRAMS, United States District Judge:

   This case has been assigned to me for all purposes. On October 12, 2022, Plaintiffs filed a notice consenting to referral to a magistrate judge for all proceedings in this action. While the Court would generally approve such an application, consent of all the parties is required before a magistrate judge may conduct all proceedings pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. This Court will therefore retain jurisdiction over the action at this time.

   Plaintiffs shall advise the Court when they effectuate service on Defendant, and propose next steps in this action.

SO ORDERED.

Dated:      October 17, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge