```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEHDI HAJATI, et al.,

        Plaintiffs,

-against-

SAYYID EBRHAIM RAISOLSADATI,

        Defendant.

22-CV-07849 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    This case has been referred to me for general pretrial management, report and recommendation on any dispositive motions, and any inquest after default. (Dkt. 7.) The Complaint in this action was filed on September 15, 2022. (*See* Dkt. 2.) There is no indication on the docket that plaintiffs have made any effort to serve defendant with the Complaint. No later than **April 24, 2023,** plaintiffs shall file a letter updating the Court on their efforts to effect service of process.

Dated:  New York, New York
         April 10, 2023

                          SO ORDERED.

                          _____
                          **BARBARA MOSES**
                          **United States Magistrate Judge**