```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/26/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEHDI HAJATI, et al.,

        Plaintiffs,

-against-

SAYYID EBRHAIM RAISOLSADATI,

        Defendant.

22-CV-07849 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of plaintiffs' letter dated April 24, 2023, concerning service of process. (Dkt. 9.) In light of plaintiffs' stated intention to attempt service in the future, plaintiffs shall file a letter no later than **October 26, 2023**, updating the Court on their efforts.

Dated: New York, New York
       April 26, 2023

                          **SO ORDERED.**

                          _____
                          **BARBARA MOSES**
                          **United States Magistrate Judge**