```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEHDI HAJATI, et al.,

        Plaintiffs,

-against-

SAYYID EBRHAIM RAISOLSADATI,

        Defendant.

22-CV-07849 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiffs' letter dated October 29, 2023, concerning service of process. (Dkt. 15.) In light of plaintiffs' stated intention to attempt service in the future, plaintiffs shall file a letter no later than **April 30, 2024**, updating the Court on their efforts.

Dated: New York, New York
       October 31, 2023

                          SO ORDERED.

                          _____
                          **BARBARA MOSES**
                          **United States Magistrate Judge**