UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEHDI HAJATI et al.,

               Plaintiffs,

-against-

SAYYID EBRAHIM RAISOLSADATI,

               Defendant.

22-cv-7849 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiffs in this case have sued Sayyid Ebrahim[1] Raisol-Sadati, more commonly known as Ebrahim Raisi. Raisi was the president of Iran, but it was widely reported that he died in a helicopter crash on May 19, 2024. On May 28, 2024, Magistrate Judge Moses ordered Plaintiffs to show cause why this case should not be dismissed. Plaintiffs have not responded. Because Plaintiffs have failed to respond to the order to show cause or otherwise attempt to substitute the Defendant, this case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: June 12, 2024
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge

---

[1] Misspelled as "Ebrhaim" on the docket.